UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| RICARDO GLEN WISE, | ) | Case No. CV 11-6303-MMM (AJW) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| GEORGE A. NEOTTI, | ) | |
| Respondent. | ) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: November 8, 2012

_____
Margaret M. Morrow
United States District Judge